# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOST INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKETPLACE, PHL, LLC, <br><br> Defendant. | Civil Action No. 2:19-2036 |

## DEFENDANT MARKETPLACE, PHL, LLC'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant MarketPlace, PHL, LLC moves this Court for an Order dismissing Plaintiff Host International, Inc.'s Complaint with prejudice. In support of its Motion, MarketPlace, PHL, LLC incorporates the accompanying Memorandum of Law.

WHEREFORE, MarketPlace, PHL, LLC respectfully requests the Court enter the proposed Order and dismiss Plaintiff's Complaint with prejudice.

Dated:  July 9, 2019

*/s/ Leslie John*
Leslie E. John (I.D. No. 62290)
john@ballardspahr.com
Jason A. Leckerman (I.D. No. 87915)
leckermanj@ballardspahr.com
Elizabeth P. Weissert (I.D. No. 322931)
weisserte@ballardspahr.com
Fred DeRitis (I.D. No. 324174)
deritisf@ballardspahr.com

**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

*Attorneys for Defendant,*
*MarketPlace, PHL, LLC*