IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| HOST INTERNATIONAL, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 2:19-cv-02036-JMG |
| : | |
| MARKETPLACE, PHL, LLC, : | |
| Defendant. : | |

---

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

**AND NOW**, this 13th day of August, 2020, upon consideration of the Complaint (Doc. 1), Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 14), Plaintiff's Response in Opposition (Doc. 16), Defendant's Reply in Support (Doc. 20), Oral Arguments dated May 27, 2020, and Supplemental Memoranda by both parties (Docs. 30 and 31), **IT IS HEREBY ORDERED THAT:**

Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.


BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge