IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HOST INTERNATIONAL, INC., : <br>  : <br> Plaintiff, : <br> v. : <br>  : <br> MARKETPLACE, PHL, LLC, : <br>  : <br> Defendant. : | Civil Action No. 2:19-cv-02036-JMG <br><br> **PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

**PLEASE TAKE NOTICE** that Plaintiff Host International, Inc., hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on August 13, 2020 dismissing Plaintiff's Complaint (Doc. No. 33), attached hereto as Exhibit A, and the findings and conclusions of the Court underlying the order (Doc. No. 32), attached hereto as Exhibit B.

Dated: September 11, 2020

Respectfully submitted,

/s/ Howard Langer

| | |
|---|---|
| R. Paul Yetter <br> pyetter@yettercoleman.com <br> Bryce L. Callahan <br> bcallahan@yettercoleman.com <br> YETTER COLEMAN LLP <br> 811 Main Street, Suite 4100 <br> Houston, TX 77002 <br> (713) 632-8000 <br> (713) 632-8002 (Fax) | Howard Langer <br> hlanger@langergrogan.com <br> Edward Diver <br> ndiver@langergrogan.com <br> LANGER GROGAN & DIVER, PC <br> 1717 Arch Street, Suite 4020 <br> Philadelphia, PA 19103 <br> (215) 320-5660 <br> (215) 320-5703 (Fax) <br><br> *Attorneys for Plaintiff* <br> Host International, Inc. |

## CERTIFICATE OF SERVICE

I, Howard Langer, certify that a true and correct copy of the foregoing Notice of Appeal was served on all parties via this Court's ECF system on September 11, 2020.

*/s/ Howard Langer*
Howard Langer
