UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2848
_____

HOST INTERNATIONAL, INC.,
Appellant

v.

MARKETPLACE, PHL, LLC,
_____

On Appeal from United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-02036)
District Judge: Hon. John M. Gallagher
_____

Argued September 24, 2021

Before: CHAGARES, *Chief Judge,* HARDIMAN and MATEY, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 24, 2021.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on August 13, 2020 is **AFFIRMED**. Costs taxed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 27, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** July 11, 2022

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**